United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 10-1421                     September Term, 2012

SEC-75FR70311
SEC-Rel43-63351
SEC-75FR57314
SEC-75FR57092

Filed On: November 13, 2012 [1404408]

NetCoalition and Securities Industry and
Financial Markets Association,

      Petitioners

   v.

Securities and Exchange Commission,

      Respondent

------------------------------

NASDAQ OMX PHLX LLC, et al.,
            Intervenors
------------------------------

Consolidated with 10-1422, 11-1001, 11-1065

    **BEFORE:** Chief Judge Sentelle and Circuit Judges Henderson and Rogers

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on November 13, 2012 at 9:30 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

  Carter G. Phillips, counsel for Petitioners.

  Mark Pennington (DOJ), counsel for Respondent.

  Eugene Scalia, counsel for Intervenor.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

        BY:   /s/
                 Shana E. Thurman
                 Deputy Clerk